IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00286-BNB

HAROLD F. KOMEOTIS,

Applicant,

v.

WARDEN, F.C.I. Englewood,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
                              CLERK

_____

ORDER TO FILE PRELIMINARY RESPONSE

_____

Applicant, Harold F. Komeotis, is a prisoner in the custody of the United States

Bureau of Prisons, who currently is incarcerated at the Federal Correctional Institution

in Englewood, Colorado. Mr. Komeotis has filed a *pro se* Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241.

As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241 in this case and pursuant to *Redmon v. Wiley*,

555 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited

Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the

Rules Governing Section 2254 Cases in the United States District Courts to file a

Preliminary Response limited to addressing the affirmative defense of exhaustion of

administrative remedies. Rule 1(b) of the Section 2254 Rules applies the rules to 28

U.S.C. § 2241 habeas corpus actions.

If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in the Application, as well as any responses to those grievances. Applicant may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED March 10, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00286-BNB

Harold F. Komeotis
Reg. No. 06221-046
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Warden
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to  Chris Synsvoll for service of process on Warden; to The United States Attorney General; and to the  United States Attorney's Office: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 2/20/09 on 2/10/09.

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk