IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00286-BNB

HAROLD F. KOMEOTIS,

    Applicant,

v.

WARDEN, F.C.I. Englewood,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 2 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant Harold F. Komeotis is a prisoner in the custody of the United States Bureau of Prisons (BOP) at the FCI Englewood in Littleton, Colorado. Mr. Komeotis initiated the instant action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On March 10, 2009, Magistrate Judge Boland directed Respondent to file a Preliminary Response and assert whether he intends to raise the affirmative defense of exhaustion of administrative remedies. On March 30, 2009, Respondent filed a Preliminary Response, in which he notified the Court that he does not intend to raise the affirmative defense of exhaustion of administrative remedies. Mr. Komeotis filed a Traverse on April 8, 2009.

The Court must construe the Application and Traverse liberally because Mr. Komeotis is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

Whether or not it is conclusive that Mr. Komeotis has exhausted his administrative remedies, the Court may proceed to decide the merits of this action. 28 U.S.C. § 2254(b)(2); *see also Montez v. McKinna*, 208 F.3d 862, 866 (10th Cir. 2000) (followed § 2254(b)(2) in a § 2241 proceeding). For the reasons stated below, the Court will deny the Application and dismiss the action.

Mr. Komeotis complains that the BOP improperly has determined that his federal sentence should run consecutively to, rather than concurrently with, a state sentence he completed in August 2001. Mr. Komeotis further complains that the BOP improperly has determined that Mr. Komeotis's federal sentence commenced in August 2001, when he completed the state sentence, and not June 25, 1999, the date he was removed from the custody of the State of Montana for the purpose of his federal prosecution in the United States District Court for the District of Montana (District of Montana).[1] As relief, Mr. Komeotis asks that his federal sentence be run concurrently with his completed state sentence.

The federal sentence at issue in this action is Mr. Komeotis's sentence entered pursuant to his conviction in the District of Montana in Case No. 99-cr-00004-RFC. Mr. Komeotis concedes that the judgment in Case No. 99-cr-00004 does not specify whether the federal sentence should run consecutively to or concurrently with the state sentence. (Feb. 11, 2009, Application at 6.) The Court, therefore, finds that Mr. Komeotis's claim lacks merit because the judgment of conviction entered by the District

---

[1] Mr. Komeotis asserts that he was returned to state custody on November 2, 2000, after his conviction and sentencing concluded in the District of Montana. He further asserts that on August 14, 2001, he was paroled from his State of Montana sentence.

of Montana does not specify that his federal sentence should run concurrently with the previously imposed state sentence. Pursuant to 18 U.S.C. § 3584(a), "[m]ultiple terms of imprisonment imposed at different times run consecutively unless the court orders that the terms are to run concurrently." Therefore, because the judgment of conviction in Mr. Komeotis's federal case is silent regarding whether the federal sentence should run concurrent with the state sentence, the BOP properly has determined that the federal sentence should run consecutively to the state sentence. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed.

DATED at Denver, Colorado, this 22 day of _____ April _____, 2009.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00286-BNB

Harold F. Komeotis
Reg No. 06221-046
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _4/22/09_


GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk